738 A.2d 452

**PENSKE REALTY, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 29, 1999.

564

## ORDER

PER CURIAM:

**AND NOW**, this 29th day of September, 1999, the order of the Commonwealth Court is **AFFIRMED**.